UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KELLY-BROWN et al. | |
| Plaintiffs, | Civil Action No. 11-4360 (SRC) |
| v. | |
| | **ORDER** |
| WINFREY et al., | |
| Defendants. | |

**CHESLER**, **U.S.D.J.**

This matter comes before the Court on the ex parte motion for a temporary restraining order by Plaintiffs Simone Kelly-Brown and Own Your Power Communications, Inc.; and the Court having considered the parties' submissions; and the Court having held a hearing on September 20, 2011; and for the reasons stated on the record of oral argument on September 20, 2011,

**IT IS** on this 20th day of September, 2011,

**ORDERED** that Plaintiffs' ex parte motion for a temporary restraining order (Docket Entry No. 12) is **DENIED**.

    s/ Stanley R. Chesler
    Stanley R. Chesler, U.S.D.J.